ACCEPTED
03-14-00735-CV
6695039
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:15:06 AM
JEFFREY D. KYLE
CLERK



**DUGGINS
WREN
MANN &
ROMERO, LLP**

One American Center
600 Congress
Suite 1900
Austin, TX 78701

P.O. Box 1149
Austin, TX 78767

p: 512.744.9300
f: 512.744.9399
www.dwmrlaw.com

August 28, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/28/2015 10:15:06 AM

JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

RE:     Court of Appeals No. 03-14-00735-CV
        Trial Court Case No. D-1-GN-13-000121

        *Entergy Texas, Inc. v. Public Utility Commission of Texas et al.*

Dear Mr. Kyle:

    This acknowledges receipt of your letter dated August 17, 2015, giving notice that this appeal will be submitted on September 23, 2015, at 1:30 p.m. I will appear and argue on behalf of Appellant, Entergy Texas, Inc.

                    Sincerely,

                    Marnie A. McCormick
                    mmccormick@dwmrlaw.com

MAM:alm

cc:     Elizabeth R. B. Sterling
        Sara J. Ferris
        Rex VanMiddlesworth